## JULIA BERENDA
### *vs.*
## ST. PETER'S AND PAUL'S GREEK CATHOLIC CHURCH

Superior Court        New Haven County        File No. 59118

MEMORANDUM FILED SEPTEMBER 30, 1941.

*John Lashnitz,* of Ansonia, for the Plaintiff.

*Hoyt & Mulvihill,* of New Haven, for the Defendant.

DICKENSON, J. The injury as set up in paragraph 10 is alleged to have been caused "by reason of the defective and dangerous condition of the premises." The defendant is entitled to know in particular what one or what combination of such conditions caused the injury.

The motion is granted.